TROY A. STEWART, SBN 135764
P.O. Box 390
Glendale, California 91209-0390
Telephone: (626) 616-9474
Email: stewart1985@lawnet.ucla.edu

Attorney for Debtor and Plaintiff
RICHARD STEPHEN KVASSAY

**FILED & ENTERED**

**JAN 30 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RICHARD STEPHEN KVASSAY,<br><br>                  Debtor.<br><br>_____<br><br>RICHARD STEPHEN KVASSAY,<br><br>                  Plaintiff,<br><br>   vs.<br><br>ROBERT V. KVASSAY, TRUSTEE OF THE KVASSAY FAMILY TRUST DATED FEBRUARY 26, 1993; ROBERT V. KVASSAY, an individual;<br><br>                  Defendant. | Case No.: 2:11-bk-11698-DS<br><br>**Chapter 7**<br><br>Adversary No. 2:16-ap-01502-DS<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>DATE:  January 17, 2017<br>TIME:   2:00 p.m.<br>PLACE: United States Bankruptcy Court<br>          Edward R. Roybal Federal Building<br>          Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

     Defendant Robert Kvassay's "Motion to Dismiss Adversary Proceeding pursuant to F.R.C.P. Rule 12(b)(1) and 12(b)(6)" (the "Motion," Docket No. 5), came on for hearing on regular notice in the above-captioned case and at the above-captioned time and place before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge. Telephonic appearances were made by Matthew C. Brown on behalf of defendant and Troy A. Stewart on behalf of plaintiff. The court considered the

papers and pleadings filed in support of and opposition to the motion, the oral argument of counsel for defendant and plaintiff, and based thereon, for the reasons stated on the record at the hearing,

IT IS ORDERED that:

1. The Motion is denied; and
2. The Defendants' answer to the complaint is to be filed and served within fourteen (14) days of the entry of this order.

###

Date: January 30, 2017

Deborah J. Saltzman
United States Bankruptcy Judge