United States Bankruptcy Court
Central District of California

Kvassay,
    Plaintiff

Adv. Proc. No. 16-01502-DS

Kvassay,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: egarciaC        Page 1 of 1        Date Rcvd: Jan 30, 2017
                       Form ID: pdf031     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
```
aty              Mark L Russakow,   760 East Green Street,   Pasadena, CA   91101
dft             +Kvassay Family Trust,   1554 Hill Drive,   Los Angeles, CA 90041-1411
pla             +Richard Stephen Kvassay,   Troy A. Stewart, Esq.,   313 E Broadway, P.O. Box 390,
                  Los Angeles, CA 91209-7001
dft             +Robert Victor Kvassay,   1554 Hill Drive,   Los Angeles, CA 90041-1411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:
```
              Troy   Stewart    on behalf of Plaintiff Richard Stephen Kvassay stewart1985@lawnet.ucla.edu
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 2
```

| | |
|---|---|
| TROY A. STEWART, SBN 135764<br>P.O. Box 390<br>Glendale, California 91209-0390<br>Telephone: (626) 616-9474<br>Email: stewart1985@lawnet.ucla.edu<br><br>Attorney for Debtor and Plaintiff<br>RICHARD STEPHEN KVASSAY | **FILED & ENTERED**<br><br>JAN 30 2017<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia    DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RICHARD STEPHEN KVASSAY,<br><br>            Debtor.<br><br>_____<br><br>RICHARD STEPHEN KVASSAY,<br><br>            Plaintiff,<br><br>   vs.<br><br>ROBERT V. KVASSAY, TRUSTEE OF THE KVASSAY FAMILY TRUST DATED FEBRUARY 26, 1993; ROBERT V. KVASSAY, an individual;<br><br>            Defendant. | Case No.: 2:11-bk-11698-DS<br><br>Chapter 7<br><br>Adversary No. 2:16-ap-01502-DS<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>DATE:  January 17, 2017<br>TIME:   2:00 p.m.<br>PLACE: United States Bankruptcy Court<br>          Edward R. Roybal Federal Building<br>          Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

    Defendant Robert Kvassay's "Motion to Dismiss Adversary Proceeding pursuant to F.R.C.P. Rule 12(b)(1) and 12(b)(6)" (the "Motion," Docket No. 5), came on for hearing on regular notice in the above-captioned case and at the above-captioned time and place before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge.  Telephonic appearances were made by Matthew C. Brown on behalf of defendant and Troy A. Stewart on behalf of plaintiff. The court considered the

papers and pleadings filed in support of and opposition to the motion, the oral argument of counsel for defendant and plaintiff, and based thereon, for the reasons stated on the record at the hearing,

IT IS ORDERED that:

1. The Motion is denied; and
2. The Defendants' answer to the complaint is to be filed and served within fourteen (14) days of the entry of this order.

###

Date: January 30, 2017

Deborah J. Saltzman
United States Bankruptcy Judge